708

47 So.2d 917

**A. J. JONES et al. v. Frances GIBBS et al.**

**7 Div. 4.**

Supreme Court of Alabama.

May 25, 1950.

Robinson & Parris, of Gadsden, for appellants.

Dortch, Allen & Meighan, of Gadsden, for appellees.

PER CURIAM.

Appeal dismissed, want of prosecution.

48 So.2d 886

**H. W. KILGORE v. George ROBERTS.**

**6 Div. 935.**

Supreme Court of Alabama.

Nov. 16, 1950.

Bankhead, Skinner & Kilgore, of Jasper, for appellant.

J. A. Posey, of Haleyville, for appellee.

LIVINGSTON, Justice.

The questions here presented were resolved adversely to appellant in the two cases of Kilgore v. Gamble, 253 Ala. 334, 44 So.2d 767, and Kilgore v. Gamble, 253 Ala. 365, 44 So.2d 770, and on the authority of those cases the decree here appealed from is affirmed.

Affirmed.

BROWN, LAWSON, and SIMPSON, JJ., concur.

48 So.2d 887

**LOUISVILLE & NASHVILLE RAILROAD CO. v. Ben Harrison NUBY, by G'dn.**

**6 Div. 140.**

Supreme Court of Alabama.

Nov. 15, 1950.

Gibson & Gibson, of Birmingham, and Eyster & Eyster, of Decatur, for appellant.

Bowers, Dixon & Dunn, of Birmingham, for appellee.

PER CURIAM.

Judgment reduced and affirmed by agreement.

48 So.2d 887

**Dorothy Jean METCALF v. Robert Barrett METCALF.**

**6 Div. 80.**

Supreme Court of Alabama.

Oct. 2, 1950.

Clifford Emond, of Birmingham, for appellant.

Ray & Giles, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.